[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14431
Non-Argument Calendar

_____

D.C. Docket No. 2:11-cr-14025-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILENS BERTRAND,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(September 10, 2012)

Before BARKETT, PRYOR and ANDERSON, Circuit Judges

PER CURIAM:

Thomas John Bulter, appointed counsel for Wilens Bertrand in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bertrand's convictions and sentences are **AFFIRMED**.